NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TEXTRON INNOVATIONS INC.,**
*Plaintiff-Appellant,*

v.

**AMERICAN EUROCOPTER CORPORATION (ALSO KNOWN AS AMERICAN EUROCOPTER, LLC) AND EUROCOPTER,**
*Defendants-Appellees.*

---

2011-1309

---

Appeal from the United States District Court for the Northern District of Texas in case no. 09-CV-0377, Judge John H. McBryde.

---

ON MOTION

---

## O R D E R

American Eurocopter Corporation and Eurocopter move without opposition for a 30-day extension of time, until February 22, 2012, to file their response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

___JAN 2 7 2012___
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Scott L. Robertson, Esq
     Roy W. Hardin, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JAN 2 7 2012

JAN HORBALY
. CLERK